UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80026-Cr-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GARY DEAN,

        Defendant.   /



## *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on September 2, 2011, for a final hearing on the Petition on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Standard Condition, by failing to answer truthfully all inquiries by the Probation Officer.

On June 6, 2011, the defendant was questioned regarding his use of the internet, specifically his use of the social networking site, Facebook, when he initially stated that he did not have an account, then that he was not sure if he had an account, and that he did not know how to use Facebook. Evidence from the monitoring program installed by the U.S. Probation Office indicate this to be false.

2. Violation of Standard Condition, by failing to follow the instructions of the Probation Officer.

On February 20, 2011, the defendant failed to refrain from participating in social

networking sites, specifically Facebook, as he was instructed by the U.S. Probation Officer. Evidence indicates that he reactivated his Facebook account on that date and attempted to delete evidence of this on June 11, 2011

3. Violation of Standard Condition, by failing to follow the instructions of the Probation Officer.

On June 6, 2011, the defendant failed to discontinue using an unauthorized Dell Inspiron laptop computer as directed.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that GARY DEAN be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 2nd day of September, 2011.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c: The Honorable Daniel T.K. Hurley
Robert Waters, AUSA
Peter Birch, AFPD
Frank Smith-USPO